# Commonwealth, Appellant, *v.* Callahan.

*Case stated—Reservation of right of appeal.*

Where there is no reservation in a case stated of a right of appeal or certiorari, the decision of the lower court is final, and an appeal to the Supreme Court will be quashed.

Argued Jan. 16, 1893.    Appeal, No. 148, July T., 1892, by plaintiff, from judgment of C. P. No. 1, Phila. Co., June T., 1891, No. 661, in favor of defendant, Thomas Callahan, on case stated.    Before Paxson, C. J., Sterrett, Green, Williams, McCollum, Mitchell and Dean, JJ.

Case stated.

From the case stated it appeared that defendant sold oleomargarine in the original packages as imported from Illinois, but it was not stated that it was sold as an article of food.    No reservation of a right of appeal or certiorari appeared in the case stated.    The court entered judgment for defendant.

*Error assigned* was the entry of judgment as above.

*Luther S. Kauffman* and *Charles F. Warwick, Wayne Mac-Veagh* with them, for appellant.

*Henry R. Edmunds,* for appellee.

Per Curiam, January 30, 1893 :

There was no reservation in the case stated of a right of appeal or certiorari.    It follows that the decision of the court below was final.

Appeal quashed.